USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                               :

UNITED STATES OF AMERICA,              :
                                               :
                  -against-                        :          23-CR-544 (VEC)
                                               :
DONTE GOULBOURNE and ARMANDO KEITH   :          <u>ORDER</u>
BENIQUEZ,                                         :
                                Defendants.    :
                                                 X
------------------------------------------------------------------

VALERIE CAPRONI, United States District Judge:

        IT IS HEREBY ORDERED that the parties must appear for an arraignment and initial conference on **Thursday, November 9, 2023, at 3:00 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: October 25, 2023**
**New York, NY**

                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**