USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
UNITED STATES OF AMERICA

        -v-

DONTE GOULBOURNE and ARMANDO KENNETH BENIQUEZ,
            *Defendants*.
-------------------------------------------------------

23 Cr. 544

~~Proposed~~ Order

VALERIE E. CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that defendant Donte Goulbourne's condition of release that requires him to comply with a curfew shall be modified to permit the curfew restrictions to be directed by Pretrial Services. All other conditions of Goulbourne's release, including the condition that he submit to GPS monitoring, shall remain in place and are not affected by this Order.

SO ORDERED.

Dated: November 13, 2023
New York, New York

                                                        _____
                                                          Valerie E. Caproni
                                                   United States District Judge