USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                   :
                                           :    23-CR-544 (VEC)
   -against-                              :
                                           :    ORDER
DONTE GOULBOURNE and ARMANDO               :
KENNETH BENIQUEZ,                          :
                                           :
                                 Defendants. X
------------------------------------------------------------

VALERIE CAPRONI, United States District Judge:

       WHEREAS on November 9, 2023, the parties appeared before the Court for an arraignment and initial conference (the "Conference");

       WHEREAS on November 8, 2023, Mr. Goulbourne filed a letter motion requesting modifications to the conditions of his release and return of property, Dkt. 34, and the Government filed its response letter on November 9, 2023, Dkt. 35; and

       WHEREAS at the Conference, Mr. Beniquez made an oral request to modify to the conditions of his release;

       IT IS HEREBY ORDERED that for the reasons stated at the Conference, the parties must appear for a status conference on **Tuesday, January 16, 2024, at 10:30 A.M.** in Courtroom **443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

       IT IS FURTHER ORDERED that the period between November 9, 2023, and January 16, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). As stated on the record at the Conference, the Court finds that the ends of justice outweigh the interest of the

public and the Defendants in a speedy trial because of the need for the defense to receive and review the voluminous discovery.

IT IS FURTHER ORDERED that Mr. Goulbourne's request for the return of his property is DENIED without prejudice to him re-raising the request at the upcoming status conference scheduled for January 16, 2024.

IT IS FURTHER ORDERED that Mr. Goulbourne's request to modify his conditions of release is GRANTED IN PART.  The Court will enter separately the parties' proposed order.

IT IS FURTHER ORDERED that Mr. Beniquez's motion to modify the terms of his release is DENIED without prejudice to him filing a letter motion that addresses the issues raised orally by the Government.

**SO ORDERED.**

Date:  November 13, 2023
New York, NY

                                        **VALERIE CAPRONI**
                                        **United States District Judge**