USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA            :
                                    :    23-CR-544 (VEC)
        -against-                   :
                                    :    ORDER
DONTE GOULBOURNE and ARMANDO        :
KENNETH BENIQUEZ,                   :
                                    :
                    Defendants.     :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 13, 2024, the parties appeared before the Court for a status conference (the "Conference"); and

WHEREAS any pre-trial motions are due not later than Friday, May 10, 2024;

IT IS HEREBY ORDERED that, for the reasons stated at the Conference, a hearing on the pre-trial motions, if needed, will be held on **Friday, June 14, 2024, at 10:30 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.

**SO ORDERED.**

**Date: March 14, 2024**                                  _____
**New York, NY**                                              **VALERIE CAPRONI**
                                                         **United States District Judge**