**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/17/2024

212.286.0611 direct
mgilbert@sheppardmullin.com

May 16, 2024


MEMO ENDORSED

The Honorable Valerie E. Caproni
United States District Court Judge for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Donte Goulbourne* et al, 23-cr-00544 (S.D.N.Y.)

Dear Judge Caproni:

On behalf of Donte Goulbourne, a defendant in the above-captioned case, we respectfully request permission for him to travel to Jonestown, New York, on May 18, 2024. The reason for his travel is to visit his cousin who is currently incarcerated at Hale Creek Correctional Facility. He will provide his detailed itinerary to his Pretrial Officer. We requested consent from Pretrial Services and the Government. Pretrial Services has no objection to this request, and AUSA Dang stated that "[t]he Government defers to Pretrial."

Thank you for your consideration of this request.

Respectfully Submitted,

/s/ Michael J. Gilbert

Michael J. Gilbert
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Application DENIED. The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 66.

SO ORDERED.

*Valerie Caproni*
5/17/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

cc:   Connie Dang, Assistant U.S. Attorney
      Laura Gialanella, U.S. Pretrial Services Officer

SMRH:4853-7987-3471