```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA             :
                                     :     23-CR-544 (VEC)
       -against-                     :
                                     :     ORDER
DONTE GOULBOURNE and ARMANDO         :
KENNETH BENIQUEZ,                    :
                                     :
                        Defendants.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendants Goulbourne and Beniquez moved to suppress evidence seized during a traffic checkpoint, *see* Goulbourne Not. of Mot., Dkt. 61; Beniquez Letter, Dkt. 63; and

WHEREAS the Court previously ordered that a hearing on the pre-trial motions, if needed, will be held on Friday, June 14, 2024, at 10:30 A.M., Order, Dkt. 57;

IT IS HEREBY ORDERED that the Court will hold oral argument on Defendants' motion to suppress on **Friday, June 14, 2024, at 10:30 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.

**SO ORDERED.**

Date: June 11, 2024                          _____
New York, NY                                 **VALERIE CAPRONI**
                                             **United States District Judge**