USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA

    -against-

DONTE GOULBOURNE and ARMANDO KENNETH BENIQUEZ,

                      Defendants.
------------------------------------------------------------ X

23-CR-544 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 9, 2024, the Government informed the Court that Defendant Donte Goulbourne intended to plead guilty and requested a change of plea hearing on Wednesday, October 16, 2024, *see* Dkt. 96;

WHEREAS the Court set the change of plea hearing for Thursday, October 17, 2024, at 11:15 A.M., *see* Dkt. 97; and

WHEREAS counsel for Mr. Goulbourne was unavailable during that time, *see* Dkt. 98;

IT IS HEREBY ORDERED that the change of plea hearing for Defendant Donte Goulbourne is ADJOURNED from Thursday, October 17, 2024, at 11:15 A.M. to **Monday, October 21, 2024, at 3:00 P.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.

**SO ORDERED.**

**Date: October 16, 2024**
**New York, NY**

                                            **VALERIE CAPRONI**
                                            **United States District Judge**