UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    10/22/24
```

-------------------------------------------------------------- X
UNITED STATES OF AMERICA                          :
                                                  :          23-CR-544 (VEC)
            -against-                             :
                                                  :              ORDER
DONTE GOULBOURNE, and ARMANDO                     :
KENNETH BENIQUEZ,                                 :
                                                  :
                              Defendants.         X
-------------------------------------------------------------- 

VALERIE CAPRONI, United States District Judge:

        WHEREAS on October 21, 2024, the Court held a change of plea hearing for Defendant

Donte Goulbourne;

        WHEREAS Mr. Goulbourne entered a guilty plea to Count Three of the Indictment,

charging him with one count of theft of mail and possession of stolen mail in violation of 18

U.S.C. §§ 1708; 2, see Dkt. 31; and

        WHEREAS the Court accepted Mr. Goulbourne's guilty plea;

        IT IS HEREBY ORDERED that Mr. Goulbourne's sentencing will take place on

**Tuesday, February 18, 2025, at 2:30 P.M.** in Courtroom 443, Thurgood Marshall U.S.

Courthouse, 40 Foley Square, New York, NY 10007.  Sentencing submissions are due no later

than **Tuesday, February 4, 2025**.

**SO ORDERED.**

Date:  **October 22, 2024**                    _____
       **New York, NY**                              **VALERIE CAPRONI**
                                                **United States District Judge**