USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA                       :

       -against-                                      :          23-CR-544 (VEC)

                               :                ORDER

DONTE GOULBOURNE, and ARMANDO         :
KENNETH BENIQUEZ,                              :

                        Defendants.          :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on November 4, 2024, the Government filed a motion requesting a Bail

Review Hearing as to Defendant Donte Goulbourne based, in part, on a photograph that Mr.

Goulbourne posted on his Instagram account on October 29, 2024 showing him holding a

firearm, *See* Dkt. 108;

       WHEREAS Mr. Goulbourne filed a letter in response that provided information tending

to show that the photograph was taken in 2021, *see* Dkt. 109; and

       WHEREAS the Government withdrew its request for a Bail Review Hearing, *see* Dkt.

110.

       IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to terminate

the open motion at Dkt. 109.

**SO ORDERED.**

Date:  **November 12, 2024**                    _____
      **New York, NY**                          **VALERIE CAPRONI**
                                      **United States District Judge**