

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2025

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.286.0611 direct
mgilbert@sheppardmullin.com

March 17, 2025

**MEMO ENDORSED**

The Honorable Valerie E. Caproni
United States District Court Judge for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Donte Goulbourne* et al, 23-cr-00544 (S.D.N.Y.)

Dear Judge Caproni:

On behalf of Donte Goulbourne, a defendant in the above-captioned case, we request permission to submit two additional letters in support of Mr. Goulbourne in connection with his upcoming sentencing, which is scheduled for March 27, 2025. We received these letters after we filed our sentencing submission. The Government does not object to this request.

Thank you for your consideration of this request.

Respectfully Submitted,



Michael J. Gilbert
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:   Connie Dang, Assistant U.S. Attorney

Application GRANTED.  By end of day **Tuesday, March 18, 2025**, Defendant must file the supplemental letters of support.

SO ORDERED.

*[signature]*   3/17/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE