```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                                     :
                                                             :     23-CR-544 (VEC)
           -against-                                         :
                                                             :             ORDER
DONTE GOULBOURNE, and ARMANDO                                :
KENNETH BENIQUEZ,                                            :
                                                             :
                              Defendants.                    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 27, 2025, the Court sentenced Defendant Donte Goulbourne to a term of 22 months' imprisonment, *see* Dkt. 147;

WHEREAS the Court ordered Mr. Goulbourne to pay $874.00 in restitution and $874.00 in forfeiture, *see* Dkts. 147–48;

WHEREAS Mr. Goulbourne agreed to pay both restitution and forfeiture as part of his plea agreement; and

WHEREAS the Government provided a Consent Preliminary Order of Forfeiture that the Court signed, *see* Dkt. 148, but did not provide a restitution order;

IT IS HEREBY ORDERED that by **Friday, April 4, 2025**, the Government must file via ECF a Proposed Consent Preliminary Order of Restitution executed by the parties for the Court's review and signature.

**SO ORDERED.**

Date: **March 28, 2025**
      New York, NY

_____
**VALERIE CAPRONI
United States District Judge**