**SheppardMullin**



Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2025

212.286.0611 direct
mgilbert@sheppardmullin.com

May 20, 2025

**MEMO ENDORSED**

The Honorable Valerie E. Caproni
United States District Court Judge for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street,
New York, NY 10007

Re:   *United States v. Donte Goulbourne* et al, 23-cr-00544 (S.D.N.Y.)

Dear Judge Caproni:

On behalf of Donte Goulbourne, a defendant in the above-captioned case, we respectfully request that Mr. Goulbourne's surrender date be postponed from May 21, 2025 to May 26, 2025 because he tested positive yesterday for COVID-19 following a suspected exposure to the virus, as reflected in Exhibit 1. The recommendation set forth in Exhibit 1 is that, because Mr. Goulbourne is not vaccinated, he should quarantine for five days. This adjournment will allow Mr. Goulbourne to complete the recommended quarantine period.

Pretrial has stated that it does not "object beyond the 5 day quarantine," and the Government has stated that it does not object to the request. Pretrial also noted that Mr. Goulbourne is currently without an ankle monitor following it being removed on May 19, but neither Pretrial nor the Government object to Mr. Goulbourne not being GPS monitored during this adjournment.

Respectfully Submitted,

*/s/ Michael J. Gilbert*

Michael J. Gilbert
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:   Connie Dang, Assistant U.S. Attorney
      Francesca Piperato, Pretrial Services Officer

---

Application GRANTED. Defendant's deadline to self-surrender to his designated facility is ADJOURNED from Wednesday, May 21, 2025, to Wednesday, May 28, 2025.

SO ORDERED.

*Valerie Caproni*   5/21/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE